UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:10-cr-0153-TWP-DML-1 |
| ) | |
| THOMAS HESTAND, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Thomas Hestand's supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

a. The defendant shall attend counseling in Anderson, Indiana twice a month at defendant's own expense;

b. The defendant shall not have any unsupervised contact with a minor child unless approved by the Court. Supervised contact with a minor child must be approved in advance by the probation officer;

c. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; and

d. The defendant shall provide the probation officer access to any requested financial information.

SO ORDERED 12/1/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

William McCoskey
Assistant U. S. Attorney
william.mccoskey@usdoj.gov

Gwendolyn Beitz
Indiana Federal Community Defender's Office
gwendolyn.beitz@fd.org

U. S. Parole and Probation

U. S. Marshal